UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Ahoka Isaac Lokombe

     v.                                            Civil No. 1:26-cv-00053-JL-AJ

David Wesling, et al.

**SUMMARY ORDER FOR BOND HEARING**

The court has reviewed the Response to the Petition for Writ of Habeas Corpus.[1] Based on the Respondents' concession that the Petitioner is "likely eligible for relief" under the court's order in *Pablo Loja Lema v. FCI Berlin, Warden, et al.*, 2025 WL 3079160 (D.N.H. Nov. 11, 2025), the court GRANTS the petition[2] for a bond hearing and orders the Respondents to provide the Petitioner with a bond hearing before a New England-based Immigration Judge as soon as practicable. The petition is denied in all other respects. The parties shall file a status report within 10 days of this order.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: February 10, 2026

cc:    Counsel of Record

---

[1] Doc. no. 6.
[2] Doc. no. 1.